REUBEN H. MAPLESDEN, Respondent, v. G. TEN EYCK
SHELDON and another, Appellants.

Appeal from a judgment, entered on the report of a referee.

The action was brought to foreclose a mortgage, and the principal
question involved was, as to whether the time for its payment had
been extended. The referee found, as a fact, that the plaintiff never

* Chapter 280, sec. 82, Laws of 1847.

agreed to extend the time. The evidence was conflicting upon this point, and the General Term affirmed the judgment.

*H. Brewster,* for the appellants.

*George A. Brandreth,* for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

Judgment affirmed, with costs.